IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USAMA AHMED,<br>    Plaintiff, | : <br> : <br> : | CIVIL ACTION |
| vs. | : <br> : <br> : | NO.   20-cv-01425 |
| KILOLO KIJAKAZI,[1]<br>Commissioner of Social Security,<br>    Defendant. | : <br> : <br> : | |

## ORDER

AND NOW, this   27TH   day of September, 2021, upon consideration of the Plaintiff's Request for Review (ECF No. 13), Defendant's response thereto (ECF No. 14), Plaintiff's Reply in Support (ECF No. 15), and for the reasons provided in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. The Plaintiff's Request for Review is **GRANTED**;

2. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Memorandum accompanying this Order; and

3. This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

    /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi has been substituted for Andrew Saul as the Defendant in this case.